## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT PADUCAH

**MARK W. PIERSON**
    Plaintiff

v.                                                                                                                                     **No. 5:06CV-00188-J**

**MICHAEL J. ASTRUE**
    Commissioner of Social Security
    Defendant

## ORDER OF REMAND

The court has conducted a <u>de novo</u> review of the magistrate judge's report in light of the objections thereto and the record as a whole. The magistrate judge's report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

Accordingly, it is hereby ORDERED that this case is REMANDED to the Commissioner of Social Security for calculation and payment of past-due Title II benefits based upon the plaintiff's application filed on or about December 16, 2003, and his alleged onset of disability date on February 6, 2003.

The Clerk of Court shall enter a separate judgment as required by Fed.R.Civ.P. 58.

This is a final and appealable order, and there is no just cause for delay.